## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

ABDUL M. SHABAZZ
ADC #129836
                                                                                                PETITIONER

VS.                                        5:05CV00246 GH/JTR

LARRY NORRIS, Director,
Arkansas Department of Correction                                                  RESPONDENT

### **ORDER**

Pending before the Court is a Petition for a Writ of Habeas Corpus under 28 U.S.C. § 2254 (Docket entry #1.) Respondent has filed an Answer arguing that the Petition should be dismissed because: (1) Petitioner's claims are time-barred by 28 U.S.C. § 2244(d)(1)(A); (2) Petitioner failed to file timely Rule 37 motions tolling the limitations period; (3) Petitioner has procedurally defaulted his habeas claims in failing to present them to the Arkansas Supreme Court; and (4) Petitioner's claims fail on the merits. (Docket entry #8.) The Court concludes that a Reply from Petitioner would be helpful to the resolution of this case.[1]

IT IS THEREFORE ORDERED THAT Petitioner shall file **on or before January 31, 2006**, a Reply addressing the arguments raised in the Answer (docket entry #8.)

Dated this 3rd day of January, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] The Court reminds Petitioner of Local Rule 5.5(c)(2), which provides that: "It is the duty of any party not represented by counsel to promptly notify the Clerk and the other parties to the proceedings of any change in his or her address, to monitor the progress of the case, and to prosecute or defend the action diligently. A party appearing for himself/herself shall sign his/her pleadings and state his/her address, zip code, and telephone number. *If any communication from the Court to a pro se plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.* Any party proceeding *pro se* shall be expected to be familiar with and follow the Federal Rules of Civil Procedure." (Emphasis added).